# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Doris L. | USDC, Indiana Southern | 06/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final | 01/01/2019<br>**to**<br>12/31/2019 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. District Court
46 East Ohio Street, Room 255
Indianapolis, Indiana 46204

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Judicial Chair (non-compensated) | Indianapolis Bar Association Bar Leader Series |
| 2.  Board Vice-President (non-compensated) | Goodwill Education Initiatives Incorporated |
| 3.  Master Member (non-compensated) | Indianapolis American Inn of Courts |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pryor, Doris L.** | 06/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Compensation for Services |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NBCCE | June 17-21, 2019 | Baltimore, MD | NBCCE Conference | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 06/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 06/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Huntington Cash Accounts | A | Interest | K | T | | | | | |
| 2. BMO Harris Cash Accounts | A | Interest | K | T | | | | | |
| 3. Regions Bank Cash Accounts | A | Interest | J | T | | | | | |
| 4. Fifth Third Bank Cash Accounts | A | Interest | J | T | | | | | |
| 5. Bancorp South Cash Accounts | A | Interest | J | T | | | | | |
| 6. IU Retirement Plan - TIAA CREF - TIAA Real Estate | A | Int./Div. | J | T | | | | | |
| 7. IU Retirement Plan - TIAA CREF - CREF Money Market R3 | A | Int./Div. | J | T | | | | | |
| 8. IU Retirement Plan - TIAA CREF - CREF Stock R3 | A | Int./Div. | J | T | | | | | |
| 9. IU Retirement Plan - TIAA CREF - CREF Inf0Linked Bond R3 | A | Int./Div. | J | T | | | | | |
| 10. IU Retirement Plan - TIAA CREF - TC Lifecycle 2040 Inst | A | Int./Div. | L | T | | | | | |
| 11. IU Retirement Plan - TIAA CREF - TC Lifecycle 2045 Inst | A | Int./Div. | J | T | | | | | |
| 12. IU Retirement Plan - TIAA CREF - TC Mid Cap Val Inst | A | Int./Div. | J | T | | | | | |
| 13. IU Retirement Plan - TIAA CREF TC Gr & Inc Inst | A | Int./Div. | J | T | | | | | |
| 14. IU - 403B-TIAA Real Estate | A | Int./Div. | J | T | | | | | |
| 15. IU - 403B-CREF Money Market R3 | A | Int./Div. | J | T | | | | | |
| 16. IU - 403B-CREF Stock R3 (common stock) | A | Int./Div. | J | T | | | | | |
| 17. IU - 403B-TIAA-CREF Lifecycle 2040-Institutional Class | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 06/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IU - 403B-TIAA-CREF Inflation-Linked Bond Institutional | A | Interest | J | T | | | | | |
| 19. IU - 403B-TIAA-CREF Lifecycle 2045-Institutional | A | Int./Div. | J | T | | | | | |
| 20. IU - 403B-TIAA-CREF Mid-Cap Value-Institutional (common stock) | A | Int./Div. | J | T | | | | | |
| 21. IU - 403B-TIAA-CREF Growth & Income Fund-Institutional | A | Int./Div. | J | T | | | | | |
| 22. Butler University DC Plan - TIAA Traditional | A | Int./Div. | J | T | | | | | |
| 23. Butler University DC Plan - TIAA Real Estate | A | Int./Div. | J | T | | | | | |
| 24. Butler University DC Plan - CREF Stock R2 | A | Int./Div. | K | T | | | | | |
| 25. Butler University DC Plan - CREF InflLinked Bond R2 | A | Int./Div. | J | T | | | | | |
| 26. Roth-CLS Growth & Income N (CLERX) | A | Int./Div. | J | T | | | | | |
| 27. Roth-CLS Global Diversified Equity N (CLSAX) | A | Int./Div. | J | T | | | | | |
| 28. Roth-CLS Templeton Growth A (TEPLX) | A | Int./Div. | J | T | | | | | |
| 29. Roth-CLS Franklin Total Return A (FKBAX) | A | Int./Div. | J | T | | | | | |
| 30. Roth-CLS Templeton Developing Markets A (TEDMX) | A | Int./Div. | J | T | | | | | |
| 31. Roth-CLS Franklin Equity Income A (FISEX) | A | Int./Div. | J | T | | | | | |
| 32. Roth-CLS Franklin Low Duration Total Return A (FLDAX) | A | Int./Div. | J | T | | | | | |
| 33. Roth-CLS Templeton Global Smaller Companies A (TEMGX) | A | Int./Div. | J | T | | | | | |
| 34. Roth-CLS Franklin Mutual Shares A (TESIX) | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 06/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Roth-CLS Constellation Trust Cash | A | Int./Div. | J | T | | | | | |
| 36.   Roth-CLS Franklin LibertyQ U.S. Equity ETF (FLQL) | A | Int./Div. | J | T | | | | | |
| 37.   Roth-CLS Franklin Real Estate Securities Fund A (FREEX) | A | Int./Div. | J | T | | | | | |
| 38.   Roth-CLS Franklin Natural Resources Fund A (FRNRX) | A | Int./Div. | J | T | | | | | |
| 39.   Roth-CLS Franklin Short Duration US Govt. | A | Int./Div. | J | T | | | | | |
| 40.   Roth-CLS Templeton Foreign Fund A (TEMFX) | A | Int./Div. | J | T | | | | | |
| 41.   IRA-CLS Growth & Income N (CLERX) | A | Int./Div. | J | T | | | | | |
| 42.   IRA-CLS Global Diversified Equity N (CLSAX) | A | Int./Div. | J | T | | | | | |
| 43.   IRA- CLS Templeton Growth A (TEPLX) | A | Int./Div. | J | T | | | | | |
| 44.   IRA- CLS Franklin LibertyQ U.S. Equity ETF (FLQL) | A | Int./Div. | J | T | | | | | |
| 45.   IRA-CLS Franklin Total Return A (FKBAX) | A | Int./Div. | J | T | | | | | |
| 46.   IRA- CLS Templeton Developing Markets A (TEDMX) | A | Int./Div. | J | T | | | | | |
| 47.   IRA-CLS Franklin Equity Income A (FISEX) | A | Int./Div. | J | T | | | | | |
| 48.   IRA- CLS Franklin Low Duration Total Return A (FLDAX) | A | Int./Div. | J | T | | | | | |
| 49.   IRA- CLS Franklin Real Estate Securities Fund A (FREEX) | A | Int./Div. | J | T | | | | | |
| 50.   IRA- CLSTempleton Global Smaller Companies A (TEMGX) | A | Int./Div. | J | T | | | | | |
| 51.   IRA- CLS Franklin Natural Resources Fund A (FRNRX) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 06/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA- CLS Franklin Short Duration US Govt (FTSD) | A | Int./Div. | J | T | | | | | |
| 53. IRA- CLS Templeton Foreign Fund A (TEMFX) | A | Int./Div. | J | T | | | | | |
| 54. IRA- CLS Constellation Trust Cash | A | Int./Div. | J | T | | | | | |
| 55. IRA-CLS Franklin Mutual Shares A (TESIX) | A | Int./Div. | J | T | | | | | |
| 56. 529 Plan - IShares Core S&P total US Stock Mkt ETF | A | Int./Div. | J | T | | | | | |
| 57. 529 Plan - Schwab US REIT ETF | A | Int./Div. | J | T | | | | | |
| 58. 529 Plan - Schwab International Equity Index ETF | A | Int./Div. | J | T | | | | | |
| 59. 529 Plan - Vanguard FTSE Emerging Market ETF | A | Int./Div. | J | T | | | | | |
| 60. 529 Plan - Schwab Aggregate Bond ETF | A | Int./Div. | J | T | | | | | |
| 61. 529 Plan - Vanguard Short-Term Inflation Protected Securities | A | Int./Div. | J | T | | | | | |
| 62. 529 Plan - iShares Core International Aggregate Bond ETF | A | Int./Div. | J | T | | | | | |
| 63. 529 Plan - Schwab Short-Term Treasury ETF | A | Int./Div. | J | T | | | | | |
| 64. 529 Plan - New York Life GIA | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pryor, Doris L.** | 06/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Doris L. | 06/01/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Doris L. Pryor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544